IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GAIL S. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5-3563-CV-S-DW |
| ) | |
| ) | |
| LIBERTY MUTUAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is Parties' Stipulation of Dismissal Without Prejudice. (Doc. 15).

Pursuant to Federal Rule of Civil Procedure 41(a), the above styled case is DISMISSED

WITHOUT PREJUDICE. Parties shall bear their own costs and fees, including attorney fees.

IT IS SO ORDERED

                                              /s/ DEAN WHIPPLE
                                                       Dean Whipple
                                         United States District Judge

DATE: August 7, 2006